# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:99CR00059-002 |
| Robert Odell Williams ) | USM No: 06027-028 |
| ) | |
| Date of Original Judgment: 08/31/2000 ) | |
| Date of Previous Amended Judgment: 05/21/2013 ) | Sara J. Varner |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 235 months **is reduced to** 188 months*.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/31/2000 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: March 19, 2015

Effective Date: 11/01/2015
*(if different from order date)*

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana